# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DAVID QUINONES                                                Docket No. 3:00CR00144(JCH)

## Petition For Modification of Conditions or Term of Probation/Supervised Release
## with the Consent of the Offender

   **COMES NOW,** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David Quinones, who was sentenced to 96 months' imprisonment and 3 years supervised release for a violation of 18 U.S.C.§§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm, by the Honorable Janet C. Hall, U.S. District Court Judge, sitting in the court in Bridgeport, Connecticut on June 28, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation office; 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient as directed by the probation office; 3) The defendant shall not associate with the Latin Kings or any street gang as deemed so by the U.S. Probation Office.

David Quinones began supervision on October 5, 2007 and is scheduled to terminate on October 4, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Mr. Quinones tested positive for opiate use on November 13, 2007. He admitted he had "snorted" five bags of heroin. The drug use occurred within six weeks of Mr. Quinones's release from imprisonment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

That the defendant be placed on home confinement with electronic monitoring for a period of 60 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office. The Probation Office will be responsible for the costs of monitoring.

A signed Waiver of Hearing to Modify Conditions is attached.
The attorney for the defendant has been notified and concurs with the modification.

**ORDER OF COURT**                                                  Respectfully Submitted,

Considered and ordered this _26_
day of _November_, 2007 and ordered filed and         Sandra Hunt
made a part of the records in the above case.         Senior United States Probation Officer

                                                      _____eport, Connecticut

The Honorable Janet C. Hall
United States District Judge                          Date:   November 27, 2007